**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeromy Oelker,<br><br>     Plaintiff<br><br>v.<br><br>State of Idaho, et al.,<br><br>     Defendants | Case No.: 2:25-cv-00245-JAD-NJK<br><br>**Order Transferring Case to<br>United States District Court for Idaho** |

Pro se plaintiff Jeromy Oelker, a resident of the state of Nevada, has filed an application to proceed *in forma pauperis* and a civil-rights complaint under 42 U.S.C. § 1983.[1] Oelker sues the State of Idaho, Judge Victoria Olds, the Idaho State Bar, and its Director Diane Minnich, claiming that his rights were violated during an illegal arrest and the subsequent legal proceedings, all of which appear to have taken place in Idaho.

This suit belongs in Idaho. 28 U.S.C. § 1391(b) gives a plaintiff three options for where to file a federal suit:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.[2]

If a case has been filed in the wrong district or division, 28 U.S.C. § 1406 authorizes the district court in which the case has been incorrectly filed to "transfer such case to any district or division

---

[1] ECF Nos. 1, 1-1.

[2] 28 U.S.C. § 1391(b).

in which it could have been brought."[3]

I find that the District of Nevada is not the appropriate venue for this action because the events appear to have occurred in Idaho, which is also where the defendants appear to reside. So I direct the Clerk of the Court to transfer this action to the United States District Court for Idaho under 28 U.S.C. § 1406. I offer no opinion on the merits of this action or the pending application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that **the Clerk of the Court is directed to**

- **TRANSFER** this case to the United States District Court for Idaho; and
- **CLOSE** this case.

Dated: February 12, 2025

_____
U.S. District Judge

---

[3] 28 U.S.C. § 1406.